# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

JEFFERY HUMMEL, Individually and on
behalf of all others similarly situated,

    Plaintiff,

v.                                              Civil Action No. 3:20-cv-00137

SOUTHERN TRUST INSURANCE COMPANY,

    Defendant.

## JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE

The parties, by and through counsel, hereby move for dismissal of this action with prejudice, stating that the parties have amicably resolved all claims and controversies and that this action should be dismissed with prejudice;

WHEREFORE, PREMISES CONSIDERED, the parties, by and through counsel, respectfully move for dismissal of this action with prejudice.

                                            Respectfully submitted,

                                            */s/ Dawn Davis Carson*
                                            Dawn Davis Carson (021416)
                                            **HICKMAN, GOZA & SPRAGINS, PLLC**
                                            P.O. Box 16340
                                            Memphis, TN 38186
                                            *Attorney for Southern Trust Insurance Company*

                                            Bradford D. Box (016596)
                                            **RAINEY KIZER REVIERE & BELL, PLC**
                                            209 East Main Street
                                            Jackson, TN 38301
                                            *Attorney for Southern Trust Insurance Company*

1

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this date electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and emailed a copy of the document to:

      J. Brandon McWherter
      Jonathan L. Bobbitt
      Emily S. Alcorn
      McWHERTER SCOTT & BOBBITT, PLC
      341 Cool Springs Blvd, Suite 230
      Franklin, TN 37067
      bmcwherter@gilbertfirm.com
      jbobbitt@gilbertfirm.com
      ealcorn@gilbertfirm.com

      Erik D. Peterson
      MEHR, FAIRBANKS & PETERSON TRIAL LAWYERS, PLLC
      201 West Short Street, Suite 800
      Lexington, KY 40507
      edp@austinmehr.com

      T. Joseph Snodgrass
      LARSON KING, LLP
      30 East Seventh St, Suite 2800
      St. Paul, MN 55101
      jsnodgrass@larsonking.com

Date: September 8, 2020

                                    */s/ Dawn Davis Carson*
                                    Dawn Davis Carson