# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Jeffery Hummel

                    Plaintiff,

v.                                              Case No.: 3:20−cv−00137

Southern Trust Insurance Company

                    Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/11/2020 re [28].

                                                              Lynda M. Hill
                                               s/ Megan Gregory, Deputy Clerk